UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| UNITED STATES,<br><br>      Plaintiff,<br><br>v.<br><br>AEGIS SECURITY INSURANCE COMPANY,<br><br>      Defendant,<br><br>and<br><br>TRICOTS LIESSE 1983, INC.,<br><br>      Third-Party Defendant. | Before: Richard K. Eaton, Judge<br><br>Consol. Court No. 11-00388 |

## **ORDER**

Upon consideration of the plaintiff's Motion for Clarification, ECF No. 92; Tricots Liesse 1983, Inc.'s ("Tricots") Response to Plaintiff's Motion for Clarification, ECF No. 95; and plaintiff's Reply in Support of Plaintiff's Motion for Clarification, ECF No. 97, it is hereby

**ORDERED** that plaintiff's motion is granted; it is further

**ORDERED** that the court's opinion in Slip Op. 18-29 (Mar. 26, 2018) is a final determination, but the judgment order, ECF No. 91, is not a final judgment for the purposes of USCIT Rule 54(b); it is further

**ORDERED** that the stay issued on May 5, 2017, ECF No. 86, is lifted following the court's determination on Tricots' motion to dismiss (Slip Op. 18-29); it is further

**ORDERED** that the parties are to confer and file a joint status report and proposed scheduling order no later than June 12, 2018; and it is further

**ORDERED** that Tricots may file a cross-motion for summary judgment, should it deem such a filing appropriate.

/s/ Richard K. Eaton
Judge

Dated: May 23, 2018
New York, New York