UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| UNITED STATES, | |
| Plaintiff, | |
| v. | |
| AEGIS SECURITY INSURANCE COMPANY, | Before: Richard K. Eaton, Judge |
| Defendant, | Consol. Court No. 11-00388 |
| and | |
| TRICOTS LIESSE 1983, INC., | |
| Third-Party Defendant. | |

## **ORDER**

Upon consideration of the papers and proceedings had herein, it is hereby

**ORDERED** that oral argument shall be held on April 23, 2019 at 11:00 a.m. in Courtroom 2 of the United States Court of International Trade, One Federal Plaza, New York, NY 10278.

.

       /s/ Richard K. Eaton
       Richard K. Eaton, Judge

Dated: January 30, 2019
      New York, New York