UNITED STATES COURT OF INTERNATIONAL TRADE

HONORABLE JUDGE RICHARD K. EATON

**APPEARANCE SHEET**

Consol. Docket No. 11-cv-00388  December 17, 2020 Oral Argument
Jurisdiction: 1582 (2)  2:00 p.m. via Teleconference

UNITED STATES,

Plaintiff,

v.

AEGIS SECURITY INSURANCE COMPANY,

Defendant,

and

TRICOTS LIESSE 1983, INC.,

Third-Party Defendant.

**COUNSEL**

**PLAINTIFF:**  **Stephen C. Tosini**
U.S. Department of Justice

**DEFENDANT:**  **T. Randolph Ferguson**
Sandler, Travis & Rosenberg, PA

**THIRD PARTY DEFENDANT:**  **Not Participating**