UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>v.<br><br>AEGIS SECURITY INSURANCE COMPANY,<br><br>    Defendant,<br><br>and<br><br>TRICOTS LIESSE 1983, INC.,<br><br>    Third-Party Defendant. | Before: Richard K. Eaton, Judge<br><br>Consol. Court No. 11-00388 |

## JUDGMENT

Upon consideration of Aegis Security Insurance Company's ("Aegis") application for fees and expenses and the exhibits attached thereto, ECF No. 144, and its proposed Judgment, ECF No. 146, submitted pursuant to the court's instruction in the February 26, 2021 Memorandum Opinion and Order granting Aegis's motion for summary judgment on its third-party claims against Third-Party Defendant Tricots Liesse 1983, Inc. ("Tricots") for reimbursement and indemnity, ECF No. 143, it is hereby

**ORDERED** that Tricots shall pay to Aegis $768,916.53 in reimbursement for duties and interest paid by Aegis to the United States; and it is further

**ORDERED** that Tricots shall pay to Aegis $151,739.01 to indemnify it for reasonable attorney's fees, costs, and expenses incurred by Aegis in defending the main action and pursuing

Consol. Court No. 11-00388 Page 2

its third-party action against Tricots.

/S/  Richard K. Eaton
Judge

Dated: April 7, 2021
New York, New York